# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST JOSEPH DIVISION

| | |
|---|---|
| **Erin K. Willits,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 11-0415-CV-SJ-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Friday, March 16, 2012, the Court entertained oral argument in this Social Security review matter. After due consideration of the issues presented, and for the reasons set forth on the record by the Court at the conclusion of the argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with that set forth by the Court on the record at the conclusion of the argument on March 16, 2012. It is further

**ORDERED** that the Social Security Administration shall obtain from the court reporter a transcript of the March 16, 2012 proceedings so as to be fully apprised of the reason this matter is reversed and remanded.

          /s/ John T. Maughmer          
 **JOHN T. MAUGHMER**
 **U. S. MAGISTRATE JUDGE**