## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **Erin K. Willits,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 11-0417-CV-W-JTM** |
| | ) | |
| **Michael J. Astrue,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is plaintiff's *Motion For Attorney Fees Under The Equal Access To Justice Act*, filed April 6, 2012 [Doc. 16]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Attorney Fees Under The Equal Access To Justice Act*, filed April 6, 2012 [Doc. 16] is **GRANTED** and plaintiff is awarded $4,451.89 in EAJA fees and $350 in costs from the Judgment Fund.


　　　　　*/s/ John T. Maughmer*
　　　　　**JOHN T. MAUGHMER**
　　　　　**U. S. MAGISTRATE JUDGE**