## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| Erin K. Willits, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-0417-CV-SJ-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For U.S.C. §406(b) Fees,* filed April 5, 2014, [Doc. 20]. After due consideration of the issues presented, and finding the requested fee reasonable, *See Gisbrecht v. Barnhart,* 535 U.S. 789 (2002), it is

**ORDERED** that plaintiff's *Motion For U.S.C. §406(b) Fees,* filed April 5, 2014, [Doc. 20] is **GRANTED**. Accordingly, plaintiff's counsel is awarded fees pursuant 42 U.S.C. §406(b) in the amount $9,790.05 which were withheld by the Commissioner from the total past due benefits awarded to plaintiff and shall refund to plaintiff the earlier EAJA fee award of $4,451.89.

                                                 */s/ John T. Maughmer*
                                                    **John T. Maughmer**
                                       **United States Magistrate Judge**